NUMBER
13-05-016-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

MARIA OCANAS,                                                     Appellant,

 

                                           v.

 

HILDA CONCHAS,                                                    Appellee.

___________________________________________________________________

 

                On
appeal from County Court at Law No. 5 

                           of
Hidalgo County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                 Before
Justices Hinojosa, Yañez, and Garza

Memorandum Opinion Per Curiam

 








Appellant, MARIA OCANAS, perfected an appeal from a
judgment entered by County Court at Law No. 5 of Hidalgo
County, Texas, in cause number CL-40,690-E.  After the record was filed, appellant filed a
motion to dismiss the appeal.  In the
motion, appellant states that this case has been resolved and appellant no
longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 22nd
day of August, 2005.